UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:02cr00602 SNL (AGF) |
| | ) | |
| GARY EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Having received no objections by the defendant, Gary Evans,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Audrey G. Fleissig Report and Recommendation (# 17), filed February 23, 2006, is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion for a Bill of Particulars (# 13) be **DENIED.**

Dated this 13th day of March, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE